IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| LAURA STEIBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:17-cv-184 |
| | ) | |
| COMENITY BANK, CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, with the consent of Defendant, hereby notifies the Court that the parties have reached a settlement in principle of this matter.  The settlement will, on completion, result in the dismissal of this litigation with prejudice.  The parties believe the settlement will be completed and the dismissal filed within one month of this notice and asks the Court to stay all proceedings until that time.

DATED this 31st day of May, 2017.

Respectfully submitted,

*/s/ Syed Ali Saeed*                                          */s/ Jennifer L. Majewski (with consent)*

Sayed Ali Saeed                                                Anna-Katrina S. Christakis
Saeed & Little, LLP                                            Jennifer L. Majewski
1422 N. Meridian Street, Suite 202                PILGRIM CHRISTAKIS LLP
Indianapolis, Indiana 46202                           321 North Clark Street, 26th Floor
Telephone: 312-614-5741                              Chicago, Illinois 60654
Facsimile: 888-422-3151                                Telephone: 312-939-0953
ali@sllawfirm.com                                           Facsimile: 312-939-0983
                                                                              kchristakis@pilgrimchristakis.com
                                                                              jmajewski@pilgrimchristakis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Northern District of Indiana this 31st day of May, 2017, with notice of case activity generated and sent to counsel of record.

*/s/ Syed Ali Saeed*